IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SCOTT J. GRIESENAUER, | ) | Civil No. 07-395-JO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED the decision of the Commissioner denying benefits is reversed and remanded for further proceedings consistent with this Court's Opinion and Order of this date.   Any pending motions are denied as moot.

DATED this 14th day of March, 2008.

     /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge