FILED '08 APR 21 09:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| SCOTT J. GRIESENAUER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:07-CV-395-JO<br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES |

(#26)
Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,000.00 will be awarded to Plaintiff and shall be paid directly to Plaintiff's attorney, Max Rae, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses will be awarded.

DATED this __18__ day of __April__, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1     ORDER - [3:07-CV-395-JO]